

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
CaproniNYSDChambers@nysd.uscourts.gov

      Re:    United States v. Alpha B. Bah, 17 Cr. 529 (VEC)

Dear Judge Caproni:

      The Government writes, with the consent of defense counsel, to respectfully request that the Court schedule a change of plea hearing in this matter on May 22, 2018, at 4 p.m., a date and time we understand to be convenient for the Court and defense counsel.

                                    Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney for the
                                  Southern District of New York

                          By:  s/ Jason A. Richman
                                Jason A. Richman / Gina Castellano
                                Assistant United States Attorneys
                                (212) 637-2589 / 2224

cc:    John Kaley, Esq. (by ECF)