

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/16/2018

May 15, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
CaproniNYSDChambers@nysd.uscourts.gov

Re: United States v. Alpha B. Bah, 17 Cr. 529 (VEC)

Dear Judge Caproni:

    The Government writes, with the consent of defense counsel, to respectfully request that the Court schedule a change of plea hearing in this matter on May 22, 2018, at 4 p.m., a date and time we understand to be convenient for the Court and defense counsel.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: s/ Jason A. Richman
Jason A. Richman / Gina Castellano
Assistant United States Attorneys
(212) 637-2589 / 2224

Application GRANTED. The Court will hold a change-of-plea hearing on May 22, 2018 at 4:00 p.m., Courtroom 443, Thurgood Marshall U.S. Courthouse. All previously scheduled deadlines and conferences are adjourned *sine die*.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
5/16/2018

cc: John Kaley, Esq. (by ECF)