U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 31, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2018
```

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States</u> v. <u>Alpha Bah</u>, 17 Cr. 529 (VEC)

Dear Judge Caproni:

      The Government writes, jointly with defense counsel, to respectfully update the Court on the status of the above-referenced matter. On or about June 19, 2018, the parties informed the Court that the Government had determined that the interest of the United States and the defendant will best be served by deferring the defendant's prosecution in this District. The Government writes now to inform the Court that the United States Pretrial Services Office has determined that the defendant is an appropriate candidate for pretrial diversion. Accordingly, the parties jointly request that the parties, the United States Pretrial Services Officer, and Your Honor execute the attached deferred prosecution agreement at the next conference. In addition, the parties respectfully request that the conference scheduled for August 23, 2018 be adjourned to a time convenient for the Court during the week of August 27, 2018.

> The August 23, 2018 status conference is adjourned to **August 27, 2018 at 2:00 p.m.**, Courtroom 443, Thurgood Marshall U.S. Courthouse. The August 15 deadline to submit a letter regarding the status of the case (Dkt. 40) is cancelled.
>
> Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay between August 23 and August 27, 2018 is excluded under the Speedy Trial Act for the reasons stated in the order at Dkt. 39.
>     SO ORDERED.
>
> *[signature: Valerie Caproni]*
>     cc:    John Kaley, Esq. (by ECF)
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE
> 8/2/2018

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: s/ Gina Castellano
    Jason A. Richman / Gina Castellano
    Assistant United States Attorneys
    (212) 637-2589 / 2224